**Order entered October 31, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01256-CV

### COLLABORATIVE IMAGING, LLC, ET AL., Appellants

### V.

### ZOTEC PARTNERS, LLC, ET AL., Appellees

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04069-2019**

## ORDER

Before the Court is the parties' October 30, 2019 joint motion to extend briefing deadlines. We **GRANT** the motion. Appellants shall file their brief on the merits by **December 12, 2019** and appellees shall file their brief on the merits by **January 31, 2020**. We caution parties that further extension requests in this accelerated appeal will be disfavored.

/s/    KEN MOLBERG
        JUSTICE